IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD T. GILBERT, and BETTY A. GILBERT, | ) ) ) | 4:10CV3038 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| LINDA J. MICEK, | ) ) ) | |
| Defendant. | ) | |

    IT IS ORDERED that a telephonic conference before the undersigned magistrate judge will be held on March 28, 2011 at 11:00 a.m. to discuss further progression of this case. Plaintiffs' counsel will place the call.

    DATED this 10th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge