IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD T. GILBERT, and BETTY A. GILBERT, | ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3038 |
| v. | ) ) | |
| LINDA J. MICEK, | ) ) | ORDER OF DISMISSAL |
| Defendant. | ) ) ) | |

    A Joint Stipulation for Dismissal, filing 27, was filed by the parties to this action, agreeing that "the above-titled matter may be dismissed with prejudice, each party to pay their own costs, complete record waived."

    IT THEREFORE IS ORDERED that the Joint Stipulation for Dismissal, filing 27, is granted and this action is dismissed with prejudice, each party will pay his or her own costs and the complete record is waived.

    Dated March 30, 2011.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge